■ MARY ABBOTT, as Administratrix of the Estate of NICHOLAS P. ATHANS, Deceased, Appellant, v. SOUTH BUFFALO RAILWAY et al., Respondents.— Motion insofar as it requests additional time to perfect appeal granted and time for filing and serving records and briefs extended to August 7, 1969; motion for permission to prosecute appeal as a poor person denied. Memorandum: In the exercise of discretion we have heretofore determined (*Jenks* v. *Murphy*, 21 A D 2d 346) that an application such as this should be made to the court in which the action was tried.